# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**LAMAR FREEMAN**                                                                                          **PLAINTIFF**

**V.**                               **NO. 3:02CV00039 GTE**

**CATERPILLAR INDUSTRIAL, INC.**                                                         **DEFENDANT**

## JUDGMENT

This action came on for trial on June 5, 2007, before a Jury with the Honorable Garnett Thomas Eisele, United States District Judge, presiding.

The issues having been duly tried and the Jury having returned a Verdict in favor of Defendant on June 8, 2007.

IT IS ORDERED AND ADJUDGED that the Plaintiff, Lamar Freeman, have and recover nothing from the Defendant, Caterpillar Industrial, Inc., and that the Complaint be, and it is hereby dismissed with prejudice. All motions pending as of the date of the Verdict, June 8, 2007, are dismissed as moot.

SO ORDERED this 26th day of June, 2007.

                                                             __/s/ Garnett Thomas Eisele_____
                                                             UNITED STATES DISTRICT JUDGE